(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|---|
| | <u>NORTHERN</u> District of <u>ILLINOIS</u> | |

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Raza, Syed M.** | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all) **8367** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (If more than one, state all) |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): **1517 W. Greendale** **Park Ridge IL   60068** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|

| County of Residence or of the Principal Place of Business:  **Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (If different from street address): **SAME** | Mailing Address of Joint Debtor (If different from street address): |
|---|---|

Location of Principal Assets of Business Debtor (If different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other_____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7   .
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/25/2004
Time: 15:52:21
Debtor: SYRED RAZA
Case: 04-11946     Fee : 209
Chapter: 7 Rec. # : 3071076
Judge: Jacqueline Cox
341 mtg: 05/10/2004 @ 02:30PM
Trustee: KAREN GOODMAN
1:04BK11946-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mil... |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00... to $100 million | more than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
| (This page must be completed and filed in every case) | Syed M. Raza | |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
| NONE | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
| NONE | | |
| District: | Relationship: | Judge: |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Syed M. Raza_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

Date _3/22/04_

### Signature of Attorney

X _Richard H. Fimoff_
Signature of Attorney for Debtor(s)

_Richard H. Fimoff  #04886_
Printed Name of Attorney for Debtor(s)

_Robbins, Salomon & Patt, Ltd._
Firm Name

_25 East Washington Street_
Address

_Suite 1000_

_Chicago IL  60602_

_312-782-9000_          Date  _3/25/04_
Telephone Number

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re *Syed M. Raza* _____/ Debtor  Case No._____
(If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Primary Residence -- 1517 W. Greendale, Park Ridge, IL 60068 | Tenancy By Entirety | J | $ 225,000.00 | $ 225,000.00 |
| Time share membership Shell Vacation Club, Arizona 6808 S. 32nd Street, Phoenix, AZ 85042 Contract #AZ055706; Membership #AZAZ05570600 | 50% | J | $ 6,673.00 | $ 6,013.00 |

No continuation sheets attached      **TOTAL $**  231,673.00
(Report also on Summary of Schedules.)

FORM B6B (10/89) West Group, Rochester, NY

In re _Syed M. Raza_ _____ / Debtor    Case No. _____
                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | H | $ 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account – La Salle Bank, 135 S. LaSalle St., Chicago, IL* <br> *#5305074238* <br> *Location: In debtor's possession* | H | $ 50.00 |
| | | *Checking Account – Citibank, 123 N. Northwest Hwy., Park Ridge, IL* <br> *#0909402802* <br> *Location: In debtor's possession* | H | $ 5.00 |
| | | *Savings account – Citibank, 123 N. Northwest Hwy, Park Ridge, IL* <br> *#903653427* <br> *Location: In debtor's possession* | H | $ 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit – Hillsborough Manor Apts, LLP, 2345 Woodbridge St., Roseville, MN 55113* | J | $ 325.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Miscellaneous household goods* <br> *Location: In debtor's possession* | J | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Miscellaneous men's clothing* <br> *Location: In debtor's possession* | H | $ 300.00 |

In re __Syed M. Raza_____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *AIG American General #MM02107271 - term Location: In debtor's possession* | | $ 0.00 |
| | | *Cuna Mutual Group - #012-2283-2/06143811 - term Location: In debtor's possession* | | $ 0.00 |
| | | *Life Insurance Policy - Northwestern Mutual #13-874-943 Location: In debtor's possession* | | $ 24,265.90 |
| | | *Life Insurance Policy - Northwestern Mutual #16-442-379 Location: In debtor's possession* | | $ 72.49 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Government Pension Plan Thrift Savings Plan #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 (beneficiaries-son and ex-wife) Location: In debtor's possession* | H | $ 351,362.80 |
| | | *IRA - American Funds #62459791 (beneficiary=son) Location: In debtor's possession* | H | $ 78,691.82 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Ali Service Station, Inc. - 50% - foreclosed Location: In debtor's possession* | | $ 0.00 |
| | | *United Hospitality - 100% owned by Days Inn Fort Wayne. Foreclosed in 2002 Location: In debtor's possession* | | $ 0.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re **Syed M. Raza** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Tax refunds:* *Yr. 2002 - $8,942 (50%)* *Yr. 2001 - $11,604 (50%)* *Yr. 2000 - $2,675 (50%)* *Location: In debtor's possession* | J | $ 11,610.50 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *2002 Mercedes Benz S500* *Location: In debtor's possession* | H | $ 49,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re *Syed M. Raza* _____ / Debtor    Case No. _____
(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➡    $ 516,213.51

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re  **Syed M. Raza** _____ / Debtor   Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Primary Residence* | *735 ILCS 5/12-112* | $ 225,000.00 | $ 225,000.00 |
| *Miscellaneous men's clothing* | *735 ILCS 5/12-1001(a)* | $ 300.00 | $ 300.00 |
| *Life Insurance Policy* | *735 ILCS 5/12-1001(f)* | $ 24,265.90 | $ 24,265.90 |
| *Life Insurance Policy* | *735 ILCS 5/12-1001(f)* | $ 72.49 | $ 72.49 |
| *Government Pension Plan* | *735 ILCS 5/12-1006* | $ 351,362.80 | $ 351,362.80 |
| *IRA* | *735 ILCS 5/12-1006* | $ 50,809.84 | $ 78,691.82 |
| *Tax refunds* | *735 ILCS 5/12-1001(b)* | $ 2,000.00 | $ 11,610.50 |

FORM B6D (12/03) West Group, Rochester, NY

In re **Syed M. Raza** _____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: **4388**<br>Creditor # : 1<br>LaSalle Bank<br>Dept. 8144<br>135 S. LaSalle Street<br>Chicago IL 60674-8144 | | 5/2001<br>Mortgage<br>1517 W. Greendale<br>Park Ridge, IL  60068<br><br>Value: $ 225,000.00 | J | | | | $ 425,000.00 | $ 200,000.00 |
| Account No: **5706**<br>Creditor # : 2<br>Shell Vacations Club<br>4800 Scottsdale Road<br>4th Floor West<br>Scottsdale AZ 85251 | X | 03/01/03<br>Loan<br>Timeshare membership<br><br>Value: $ 6,673.00 | J | | | | $ 6,013.00 | $ 0.00 |
| Account No: **3380**<br>Creditor # : 3<br>US Bank<br>P.O. Box 790139<br>St. Louis MO 63179-0139 | | 08/2001<br>Car loan<br>2002 Mercedes Benz S500<br><br>Value: $ 49,000.00 | H | | | | $ 54,000.00 | $ 5,000.00 |
| Account No:<br><br><br><br><br>Value: | | | | | | | | |

No continuation sheets attached

Subtotal $    485,013.00<br>(Total of this page)<br>Total $    485,013.00<br>(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re__Syed M. Raza_____ / Debtor        Case No._____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

FORM B6E (12/03) West Group, Rochester, NY

In re _Syed M. Raza_____ / Debtor       Case No._____

                                                                                      (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | | |
| Account No: **6064**<br>**Creditor # : 1**<br>**Indiana Department of Revenue**<br>**100 N. Senate Avenue**<br>**Indianapolis IN 46204-2273** | H | **10/21/03**<br>**Sales Tax re: United Hospitality** | | | | **$ 9,426.77** | **$ 9,426.77** |
| Account No: **/000**<br>**Creditor # : 2**<br>**State of New Jersey**<br>**Dept of Treasury, Taxation Div**<br>**P.O. Box 245**<br>**Trenton NJ 08695** | H | **12/2002**<br>**Sales Tax re: Ali Gas Station** | | | | **$ 2,948.00** | **$ 2,948.00** |
| Account No: **/000**<br>**Creditor # : 3**<br>**State of New Jersey**<br>**Dept of Treasury, Taxation Div**<br>**P.O. Box 245**<br>**Trenton NJ 08695** | H | **12/2002**<br>**Sales Tax re: Ali Gas Station** | | | | **$ 4,774.00** | **$ 4,774.00** |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached to
Schedule of Creditors

|  |  |
|---|---|
| Subtotal $ (Total of this page) | 17,148.77 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 17,148.77 |

FORM B6F (12/03) West Group, Rochester, NY

In re _Syed M. Raza_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    7135<br>**Creditor # : 1**<br>**AT&T Universal Card**<br>**P.O. Box 6914**<br>**The Lakes NV 88901-6914** | H | 11/2003<br>**Credit Card Purchases** | | | | $ 7,843.76 |
| Account No:    3990<br>**Creditor # : 2**<br>**Citi Mastercard**<br>**P.O. Box 6411**<br>**The Lakes NV 88901-6411** | H | **Credit Card Purchases** | | | | $ 5,665.38 |
| Account No:    8610<br>**Creditor # : 3**<br>**Days Inn of America, Inc.**<br>**One Sylvan Way**<br>**Parsippany NJ 07054** | X | 8/02<br>**Debt of United Hospitality, Inc.**<br>**No known personal liability** | | | X | $ 48,358.50 |
| Account No:<br>**Creditor # : 4**<br>**Fazekas Engineering Sales** | X | 10/02<br>**Debt of United Hospitality, Inc.**<br>**No known personal liability** | | | X | $ 1,398.00 |

___3__ continuation sheets attached

Subtotal $    63,265.64<br>(Total of this page)<br>Total $    .<br>(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *Syed M. Raza* _____ / Debtor        Case No. _____
                                                                      (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | |
| *Representing:* *Fasekas Engineering Sales* | | *Rothberg Logan & Warsco, LLP* *2100 National City Center* *110 W. Berry St.* *Fort Wayne IN 46802* | | | | |
| Account No:    *-001* *Creditor # : 5* *G.E. Capital Small Bus. Firm* *635 Maryville Center Dr.* *Suite 120* *St. Louis MO 63141* | X | *04/2003* *Debt of United Hospitality, Inc.* | | | X | $ 6,128.87 |
| Account No:    *9001* *Creditor # : 6* *Heller First Capital Corp.* *135 S. LaSalle St.* *Dept. 2030* *Chicago IL 60674-2030* | X | *10/02* *Debt of United Hospitality, Inc.* | | | X | $ 1,773,451.00 |
| Account No: | | | | | | |
| *Representing:* *Heller First Capital Corp.* | | *J. Rickard Donovan* *P.O. Box 11647* *Fort Wayne IN 46859* | | | | |
| Account No:    *9939* *Creditor # : 7* *MBNA America* *P.O. Box 15019* *Wilmington DE 19886-5019* | | *Credit Card Purchases* | | | | $ 94,780.35 |
| Account No:    *2410* *Creditor # : 8* *Power Plant Service* *2500 W. Jefferson Blvd.* *Fort Wayne IN 46802* | X | *12/01* *Debt of United Hospitality, Inc.* | | | X | $ 2,784.78 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    1,877,145.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Syed M. Raza_____ / Debtor    Case No._____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **-159**<br>**Creditor # : 9**<br>**Shambaugh & Son, LP** | X | | **4/02**<br>**Debt of United Hospitality, Inc.** | | | X | $ 1,843.26 |
| Account No:<br>**Representing:**<br>**Shambaugh & Son, LP** | | | **P. Frederick Pfenninger**<br>**9247 N. Meridian St.**<br>**#103**<br>**Indianapolis IN 46260-1813** | | | | |
| Account No:<br>**Creditor # : 10**<br>**Stratford Place Apt. Mgmt.**<br>**329 Stratford Place**<br>**Glendale Heights IL 60137** | | | **Lease guaranty** | | | | $ 4,500.00 |
| Account No: **9925**<br>**Creditor # : 11**<br>**Superior Airground Ambulance**<br>**Chicago IL** | H | | **04/2003**<br>**Ambulance Services** | | | X | $ 554.00 |
| Account No:<br>**Representing:**<br>**Superior Airground Ambulance** | | | **Wexler and Wexler, LLC**<br>**500 W. Madison St.,**<br>**Suite 2910**<br>**Chicago IL 60661-2587** | | | | |
| Account No: **1776**<br>**Creditor # : 12**<br>**Travis Credit Union**<br>**P.O. Box 2358**<br>**Vacaville CA 95696-2358** | H | | **Credit Card Purchases** | | | | $ 25,109.21 |

Sheet No. **2** of **3** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     32,006.47
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Syed M. Raza_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8361<br>*Creditor # : 13*<br>*USAA Savings Bank*<br>*10750 McDermott Fwy.*<br>*San Antonio TX 78288-0570* | H | *Credit Card Purchases* | | | | $ 40,726.71 |
| Account No:   0133<br>*Creditor # : 14*<br>*Viacom Outdoor, Inc.* | X | 11/02<br>*Debt of United Hospitality, Inc.* | | | X | $ 5,843.65 |
| Account No:<br><br>*Representing:*<br>*Viacom Outdoor, Inc.* | | *Cheifetz and Jannitelli*<br>*3238 N. 16th Street*<br>*Phoenix AZ 85016* | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.   3   of ____3___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 46,570.36

Total $ (Report total also on Summary of Schedules) | 2,018,987.47

FORM B6G (10/89) West Group, Rochester, NY

In re **Syed M. Raza** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **Hillsborough Manor Apartments**<br>**2345 Woodbridge Street**<br>**Roseville MN  55112** | Contract Type: **Residential lease**<br>Terms: **yearly**<br>Beginning date:<br>Debtor's Interest: **Co-signer on apartment lease**<br>Description:<br><br>Buyout Option: **N/A** |
| **Shell Vacation Club**<br>**6808 South 32nd Street**<br>**Phoenix AZ  85042** | Contract Type: **Time share contract/lease**<br>Terms: **N/A**<br>Beginning date:<br>Debtor's Interest: **50% Owner**<br>Description: **Membership #AZAZ05570600**<br><br>Buyout Option: **N/A** |
| **Stratford Place Apartment Mgmt**<br>**329 Stratford Place**<br>**Glendale Heights IL  60137** | Contract Type: **Residential lease**<br>Terms: **yearly**<br>Beginning date:<br>Debtor's Interest: **Co-signer on apartment lease**<br>Description: **329 Stratford Place, Apt. 13, Glendale Heights,**<br>**IL**<br>Buyout Option: **N/A** |

FORM B6H (6/90) West Group, Rochester, NY

In re **Syed M. Raza** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Saleha Raza* <br> *1517 Greendale* <br> *Park Ridge IL   60068* | *Shell Vacations Club* <br> *4800 Scottsdale Road* <br> *4th Floor West* <br> *Scottsdale AZ   85251* |
| *United Hospitality* <br> *3730 E. Washington Blvd.* <br> *Fort Wayne IN   46803* | *Days Inn of America, Inc.* <br> *One Sylvan Way* <br> *Parsippany NJ   07054* |
| | *Fazekas Engineering Sales* |
| | *G.E. Capital Small Bus. Firm* <br> *635 Maryville Center Dr.* <br> *Suite 120* <br> *St. Louis MO   63141* |
| | *Heller First Capital Corp.* <br> *135 S. LaSalle St.* <br> *Dept. 2030* <br> *Chicago IL   60674-2030* |
| | *Power Plant Service* <br> *2500 W. Jefferson Blvd.* <br> *Fort Wayne IN   46802* |
| | *Shambaugh & Son, LP* |
| | *Viacom Outdoor, Inc.* |

FORM B6I (12/03) West Group, Rochester, NY

In re *Syed M. Raza* _____ / Debtor   Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | *Spouse* | *31* |
| | *Daughter* | *3 1/2* |
| | *Son* | *24* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Physician* | |
| Name of Employer | *Department of Veterans Affairs* | |
| How Long Employed | *21 years* | |
| Address of Employer | *820 S. Dearborn St.* *VA West Side Medical Center* *Chicago IL   60612* | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *14,945.54* | $ *0.00* |
| Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| SUBTOTAL | $ *14,945.54* | $ *0.00* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *209.54* | $ *0.00* |
| b. Insurance | $ *244.57* | $ *0.00* |
| c. Union Dues | $ *0.00* | $ *0.00* |
| d. Other (Specify): *Federal and State taxes* | $ *2,762.39* | $ *0.00* |
| *TSP,Saving Allotment, Park* | $ *1,802.66* | $ *0.00* |
| *Federl Deductions* | $ *1,265.51* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *6,284.67* | $ *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *8,660.87* | $ *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| Income from Real Property | $ *0.00* | $ *0.00* |
| Interest and dividends | $ *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| Social Security or other government assistance | | |
| Specify: | $ *0.00* | $ *0.00* |
| Pension or retirement income | $ *0.00* | $ *0.00* |
| Other monthly income | | |
| Specify: | $ *0.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ *8,660.87* | $ *0.00* |

TOTAL COMBINED MONTHLY INCOME   $ _____ *8,660.87*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re **Syed M. Raza** _____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,227.27 |
| Are real estate taxes included?   Yes ☐   No ☒ | | |
| Is property insurance included?   Yes ☐   No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 186.86 |
|     Water and sewer | $ | 30.00 |
|     Telephone | $ | 150.00 |
|     Other   *cell phone* | $ | 55.00 |
|     Other   *cable television* | $ | 40.00 |
|     Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 900.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 60.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 110.00 |
|     Life | $ | 972.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 125.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify:   *Property* | $ | 800.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 1,699.46 |
|     Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 2,899.21 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:   *Pest Control* | $ | 0.00 |
| Other:   *Lawn Service* | $ | 0.00 |
| Other:   *Child Care* | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES**   (Report also on Summary of Schedules) | $ | 10,154.80 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Syed M. Raza*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $    231,673.00 | | |
| B-Personal Property | *Yes* | *4* | $    516,213.51 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    485,013.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $     17,148.77 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *4* | | $  2,018,987.47 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    8,660.87 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $   10,154.80 |
| Total Number of Sheets in All Schedules ► | | *17* | | | |
| Total Assets ► | | | $    747,886.51 | | |
| Total Liabilities ► | | | | $  2,521,149.24 | |

FORM B6 (6/90) West Group, Rochester, NY

In re __Syed M. Raza_____ / Debtor      Case No. _____

                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: ___3/22/04_____        Signature _____

                                         __Syed M. Raza__

Form 7 (12/03)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Syed M. Raza*

Case No.
Chapter  **7**

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                                      SOURCE (if more than one)

*Year to date: $26,785.34*
  *Last Year: $160,712.00*
*Year before: $160,918.00*

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: LaSalle Bank* | *11/28/03* | *$,1222.27* | *$450,000.00* |
| *Address: Dept. 8144, 135 S.* | *12/17/03* | *$1,268.17* | |
| *LaSalle St., Chicago, IL* | *01/27/04* | *$1,148.04* | |
| *60674-8144* | *02/23/04* | *$1,224.44* | |
| *Creditor: U.S. Bank* | *11/11/03* | *$1,699.46* | *$54,940.00* |
| *Address: P.O. Box 790139, St.* | *12/09/03* | *$1,699.46* | |
| *Louis, MO 63179-0139* | | | |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Heller First Capital Corp. v. United Hospitality, Inc., Syed Raza, et al.* | *Collection* | *Allen Superior Court, Indiana* | *Judgment* |
| *02D-01-0204-MF-159* | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name: IEC (Husaini Association of Greater Chicago, Inc.)* *Addresss: 2N121 Goodrich Avenue, Glendale Heights, IL 60139* | *Religious organization* | *every month* | *Description: Cash donation* *Value: $100* |

---

### 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard H. Fimoff* *Address: 25 East Washington Street Suite 1000 Chicago, IL 60602* | *Date of Payment: 03/04* *Payor: Syed M. Raza* | *$3,750.00* |

---

### 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution: Citibank<br>Address: 123 N. Northwest Highway, Park Ridge, IL | Account Type and No.: checking, 910567124<br>Final Balance: | 01/04/04 |
| Institution: Citibank<br>Address: 123 N. Northwest Highway, Park Ridge, IL | Account Type and No.: savings, 903653899<br>Final Balance: | 01/04/04 |

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Institution: Citibank<br>Address: Niles, IL | Name: Syed and Shazia Raza<br>Address: 1517 W. Greendale, Park Ridge, IL | Passports, Will and other legal documents | N/A |

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Debtor is an Individual: Business Zam Am, Inc. Address: 6141 N. Broadway, Chicago, IL 60660 | TaxPayer ID:36-3889293 | Taxi Cab operation 100% | 3/93-7/99 |
| Debtor is an Individual: Business Zam Am Inc. #2 Address: 6141 N. Broadway, Chicago, IL 60660 | TaxPayer ID: 5740-322-5 (file #) | Taxi Cab operation 100% | 8/93-4/99 |

Form 7 (12/03) West Group, Rochester, NY

QUESTION 18a CONTINUED ...

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Business MJRM Corporation Address: 6535 S. King Drive, Chicago, IL 60637* | *TaxPayer ID: 36-4239712* | *Motel 33%* | *7/98-10/02* |
| *Debtor is an Individual: Business United Hospitality, Inc. Address: 2001 Palmer Drive, New Brighton, MN 55112* | *TaxPayer ID: 41-1956064* | *Motel Operator 100%* | *11/99 - present* |
| *Debtor is an Individual: Business Ali Service Station, Inc. Address: 62 Yelkca Ave., Vineland, NJ 08360* | *TaxPayer ID: 22-3450073* | *Gas Station* | *1/96 - present* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

Form 7 (12/03) West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   3/22/04            Signature _____
                                 Syed M. Raza

Date _____      Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Syed M. Raza*

Case No.
Chapter  7

_____/ Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

| |
|---|
| 1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate. |

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |
| | |
| | |

b. **Property to Be Retained.** [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *2002 Mercedes Benz S500* | *US Bank* | | | x |
| *Primary Residence* | *LaSalle Bank* | | | x |

### Signature of Debtor(s)

Date: 3/22/04              Debtor: _____

Date: _____      Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Syed M. Raza*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *Richard M. Fimoff*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 3/22/04

_____
Debtor

AT&T Universal Card
P.O. Box 6914
The Lakes, NV 88901-6914

J. Rickard Donovan
P.O. Box 11647
Fort Wayne, IN 46859

State of New Jersey
Dept of Treasury, Taxation Div
P.O. Box 245
Trenton, NJ 08695

Cheifetz and Jannitelli
3238 N. 16th Street
Phoenix, AZ 85016

LaSalle Bank
Dept. 8144
135 S. LaSalle Street
Chicago, IL 60674-8144

Stratford Place

Citi Mastercard
P.O. Box 6411
The Lakes, NV 88901-6411

MBNA America
P.O. Box 15019
Wilmington, DE 19886-5019

Stratford Place Apartment Mgmt
329 Stratford Place
Glendale Heights, IL 60137

Days Inn of America, Inc.
One Sylvan Way
Parsippany, NJ 07054

Office of the U.S. Trustee
227 West Monroe St.
Suite 3350
Chicago, IL 60606

Stratford Place Apt. Mgmt.
329 Stratford Place
Glendale Heights, IL 60137

Fazekas Engineering Sales

P. Frederick Pfenninger
9247 N. Meridian St.
#103
Indianapolis, IN 46260-1813

Superior Airground Ambulance
Chicago, IL

G.E. Capital Small Bus. Firm
635 Maryville Center Dr.
Suite 120
St. Louis, MO 63141

Power Plant Service
2500 W. Jefferson Blvd.
Fort Wayne, IN 46802

Trans Credit Union
P.O. Box 2358
Vacaville, CA 95696-2358

Heller First Capital Corp.
135 S. LaSalle St.
Dept. 2030
Chicago, IL 60674-2030

Rothberg Logan & Warsco, LLP
2100 National City Center
110 W. Berry St.
Fort Wayne, IN 46802

Travis Credit Union
P.O. Box 2358
Vacaville, CA 95696-2358

Hillsborough Manor Apartments
2345 Woodbridge Street
Roseville, MN 55112

Shambaugh & Son, LP

US Bank
P.O. Box 790139
St. Louis, MO 63179-0139

Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204-2273

Shell Vacation Club
6808 South 32nd Street
Phoenix, AZ 85042

USAA Savings Bank
10750 McDermott Fwy.
San Antonio, TX 78288-0570

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Shell Vacations Club
4800 Scottsdale Road
4th Floor West
Scottsdale, AZ 85251

Viacom Outdoor, Inc.

Wexler and Wexler, LLC
500 W. Madison St.,
Suite 2910
Chicago, IL  60661-2587

Rule 2016(b) (8/01) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  *Syed M. Raza*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  **Richard H. Fimoff**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____**2,500.00**
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____**2,500.00**
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____**0.00**

3.  $_____**209.00**_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                              Respectfully submitted,

                            X _____

Attorney for Petitioner: **Richard H. Fimoff**
**Robbins, Salomon & Patt, Ltd.**
**25 East Washington Street**
**Suite 1000**
**Chicago IL  60602**