| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 642 |
| SUITE 2800 | Hearing Date: | 11/05/2009 |
| CHICAGO, IL 60601 | Hearing Time: | 09:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RAZA, SYED                                   §   Case No. 04-11946-JPC
                                                    §
                                                    §
Debtor(s)                                           §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/05/2009 in Courtroom 642, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/24/2009          By: /s/KAREN R. GOODMAN
                                                                Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | Room 642 |
| SUITE 2800 | Hearing Date: | 11/05/2009 |
| CHICAGO, IL  60601 | Hearing Time: | 09:30am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RAZA, SYED                                   §   Case No. 04-11946-JPC
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $       22,860.39

*and approved disbursements of*             $          86.35

*leaving a balance on hand of* [1]          $       22,774.04

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 3,035.94 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH LTD. | $ 4,842.00 | $ 27.59 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,233.10 | $ 10.84 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $121,689.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

|   |   |   |   |
|---|---|---|---|
| 4 | Indiana Department of Revenue | $ 14,301.24 | $ 1,601.08 |
| 5P | Indiana Department of Revenue | $ 88,066.77 | $ 9,859.44 |
| 5S | Indiana Department of Revenue | $ 19,321.20 | $ 2,163.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,500,598.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Heller First Capital Corp. | $ 877,309.63 | $ 0.00 |
| 2 | USAA Federal Savings Bank | $ 42,481.46 | $ 0.00 |
| 3 | Days Inn of America, Inc. | $ 580,807.32 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 32,504.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5U | Indiana Department of Revenue | $ 32,504.73 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kscott                 Page 1 of 2                   Date Rcvd: Sep 25, 2009
Case: 04-11946                 Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Sep 27, 2009.
db           +Syed M Raza,    1517 W Greendale,    Park Ridge, IL 60068-1922
aty          +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-3713
aty          +Richard H Fimoff,    Robbins, Salomon & Patt Ltd,    25 E Washington Street,    Suite 1000,
               Chicago, IL 60602-1796
aty          +Shefsky & Froelich Ltd,    111 E Wacker,    Suite 2800,    Chicago, IL 60601-3713
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-3713
7919179       AT&T Universal Card,    P.O. Box 6914,    The Lakes, NV 88901-6914
7919180      +Cheifetz and Jannitelli,    3238 N. 16th Street,    Phoenix, AZ 85016-7107
7919181       Citi Mastercard,    P.O. Box 6411,    The Lakes, NV 88901-6411
7919182      +Days Inn of America, Inc.,    attn: Daniel M Eliades,    218 Route 17 North,
               Rochelle Park, NJ 07662-3399
7919184      +G.E. Capital Small Bus. Firm,    635 Maryville Center Dr.,    Suite 120,    St. Louis, MO 63141-0007
7919185      +Heller First Capital Corp.,    c/o Gary E Green,    William Kent Carter Fagelhaber LLC,
               55 East Monroe Street 40th,    Chicago, IL 60603-5713
7919186      +Hillsborough Manor Apartments,    2345 Woodbridge Street,    Roseville, MN 55113-4794
7919188     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7919187      +Indiana Department of Revenue,    C/o Premiere Credit of,    North America, LLC,    P O BOX 19309,
               Indianapolis, IN 46219-0309
7919189      +J. Rickard Donovan,    P.O. Box 11647,    Fort Wayne, IN 46859-1647
7919190       LaSalle Bank,    Dept. 8144,    135 S. LaSalle Street,    Chicago, IL 60674-8144
7919191       MBNA America,    P.O. Box 15019,    Wilmington, DE 19886-5019
7919192      +Office of the U.S. Trustee,    227 West Monroe St.,    Suite 3350,    Chicago, IL 60606-5099
7919193      +P. Frederick Pfenninger,    9247 N. Meridian St.,    #103,    Indianapolis, IN 46260-1976
7919194      +Power Plant Service,    2500 W. Jefferson Blvd.,    Fort Wayne, IN 46802-4641
7919195      +Rothberg Logan & Warsco, LLP,    2100 National City Center,    110 W. Berry St.,
               Fort Wayne, IN 46802-2316
7919200     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Dept of Treasury, Taxation Div,    P.O. Box 245,
               Trenton, NJ 08695)
7919196      +Saleha Raza,    1517 Greendale,    Park Ridge, IL 60068-1922
7919198      +Shell Vacation Club,    6808 South 32nd Street,    Phoenix, AZ 85042-6004
7919199      +Shell Vacations Club,    4800 Scottsdale Road,    4th Floor West,    Scottsdale, AZ 85251-7630
7919202       Stratford Place Apartment Mgmt,    329 Stratford Place,    Glendale Heights, IL  60137
7919203       Stratford Place Apt. Mgmt.,    329 Stratford Place,    Glendale Heights, IL  60137
7919204       Superior Airground Ambulance,    Chicago, IL
7919205       Trans Credit Union,    P.O. Box 2358,    Vacaville, CA 95696-2358
7919206       Travis Credit Union,    P.O. Box 2358,    Vacaville, CA 95696-2358
7919208     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 790139,    St. Louis, MO  63179-0139)
8234664      +USAA Federal Savings Bank,    c/o Weinstein Treiger & Riley PS,    2101 Fourth Ave Suite 900,
               Seattle, WA 98121-2339
7919209       USAA Savings Bank,    10750 McDermott Fwy.,    San Antonio, TX 78288-0570
7919207      +United Hospitality,    3730 E. Washington Blvd.,    Fort Wayne, IN 46803-1548
7919211       Wexler and Wexler, LLC,    500 W. Madison St.,,    Suite 2910,    Chicago, IL 60661-2587
The following entities were noticed by electronic transmission on Sep 25, 2009.
11269672     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Sep 25 2009 22:30:24
               Indiana Department of Revenue,    Bankruptcy Section,    100 North Senate Avenue Rm N203,
               Indianapolis, Indiana 46204-2217
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7919183       Fazekas Engineering Sales
7919197       Shambaugh & Son, LP
7919201       Stratford Place
7919210       Viacom Outdoor, Inc.
                                                                                             TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1            User: kscott              Page 2 of 2              Date Rcvd: Sep 25, 2009
Case: 04-11946                  Form ID: pdf006           Total Noticed: 36

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2009**          **Signature:**     *Joseph Speetjens*