# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RAZA, SYED | § | Case No. 04-11946 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $679,320.52 |
| Total Distribution to Claimants: $13,626.26 | Claims Discharged Without Payment: $2,033,908.37 |
| Total Expenses of Administration: $9,236.12 | |

3) Total gross receipts of $ 22,862.38 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,862.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $280,013.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 18,385.89 | 18,385.89 | 9,236.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 17,148.77 | 121,689.21 | 121,689.21 | 13,626.26 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 2,223,987.47 | 1,533,103.14 | 1,533,103.14 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,521,149.24 | $1,673,178.24 | $1,673,178.24 | $22,862.38 |

4)  This case was originally filed under Chapter 7 on March 25, 2004.
. The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/20/2010                By: /s/KAREN R. GOODMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 4,915.98 |
| REAL ESTATE-RES. AT 1517 W. GREENDALE, PARK RIDG | 1141-000 | 17,500.00 |
| Interest Income | 1270-000 | 446.40 |
| **TOTAL GROSS RECEIPTS** | | $22,862.38 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LaSalle Bank Dept. 8144 | 4110-000 | 225,000.00 | N/A | N/A | 0.00 |
| Shell Vacations Club | 4110-000 | 6,013.00 | N/A | N/A | 0.00 |
| US Bank | 4110-000 | 49,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $280,013.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 3,036.24 | 3,036.24 | 0.00 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 4,842.00 | 4,842.00 | 0.00 |
| SHEFSKY & FROELICH LTD. | 3120-000 | N/A | 27.59 | 27.59 | 0.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,233.10 | 1,233.10 | 0.00 |
| ALAN D. LASKO | 3420-000 | N/A | 10.84 | 10.84 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.90 | 3.90 | 3.90 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 16.93 | 16.93 | 16.93 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 23.06 | 23.06 | 23.06 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 24.10 | 24.10 | 24.10 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 18.36 | 18.36 | 18.36 |
| Alan D. Lasko | 3420-000 | N/A | 10.84 | 10.84 | 10.84 |
| Alan D. Lasko | 3410-000 | N/A | 1,233.10 | 1,233.10 | 1,233.10 |
| Karen R. Goodman, Esq. | 2100-000 | N/A | 3,036.24 | 3,036.24 | 3,036.24 |
| Shefsky & Froelich Ltd. | 3120-000 | N/A | 27.59 | 27.59 | 27.59 |
| Shefsky & Froelich Ltd. | 3110-000 | N/A | 4,842.00 | 4,842.00 | 4,842.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 18,385.89 | 18,385.89 | 9,236.12 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Indiana Department of Revenue | 5800-000 | 9,426.77 | 14,301.24 | 14,301.24 | 1,601.39 |
| Indiana Department of Revenue | 5800-000 | N/A | 88,066.77 | 88,066.77 | 9,861.36 |
| Indiana Department of Revenue | 5800-000 | N/A | 19,321.20 | 19,321.20 | 2,163.51 |
| State of New Jersey Dept of Treasury, Taxation Div | 5200-000 | 4,774.00 | N/A | N/A | 0.00 |
| State of New Jersey Dept of Treasury, Taxation Div | 5200-000 | 2,948.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 17,148.77 | 121,689.21 | 121,689.21 | 13,626.26 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Heller First Capital Corp. | 7100-000 | 1,773,451.00 | 877,309.63 | 877,309.63 | 0.00 |
| USAA Federal Savings Bank | 7100-000 | N/A | 42,481.46 | 42,481.46 | 0.00 |
| Days Inn of America, Inc. | 7100-000 | 48,358.50 | 580,807.32 | 580,807.32 | 0.00 |
| Indiana Department of Revenue | 7200-000 | N/A | 32,504.73 | 32,504.73 | 0.00 |
| Shambaugh & Son, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| Power Plant Service | 7100-000 | 2,784.78 | N/A | N/A | 0.00 |
| Shambaugh & Son, LP | 7100-000 | 1,843.26 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Stratford Place Apt. Mgmt | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| Travis Credit Union | 7100-000 | 25,109.21 | N/A | N/A | 0.00 |
| Superior Airground Ambulance | 7100-000 | 554.00 | N/A | N/A | 0.00 |
| Viacom Outdoor, Inc. | 7100-000 | 5,843.65 | N/A | N/A | 0.00 |
| Viacom Outdoor, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| USAA Savings Bank | 7100-000 | 40,726.71 | N/A | N/A | 0.00 |
| Superior Airground Ambulance | 7100-000 | unknown | N/A | N/A | 0.00 |
| MBNA America | 7100-000 | 94,780.35 | N/A | N/A | 0.00 |
| Fazekas Engineering Sales | 7100-000 | unknown | N/A | N/A | 0.00 |
| US Bank | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| LaSalle Bank Dept. 8144 | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| Keller First Capital Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| G.E. Capital Small Bus. Firm | 7100-000 | 6,128.87 | N/A | N/A | 0.00 |
| Fazekas Engineering Sales | 7100-000 | 1,398.00 | N/A | N/A | 0.00 |
| AT&T Universal Card | 7100-000 | 7,843.76 | N/A | N/A | 0.00 |
| Citi Mastercard | 7100-000 | 5,665.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 2,223,987.47 | 1,533,103.14 | 1,533,103.14 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04-11946 | **Trustee:**      (520191)     KAREN R. GOODMAN |
| **Case Name:**   RAZA, SYED | **Filed (f) or Converted (c):** 03/25/04 (f) |
| | **§341(a) Meeting Date:** 05/10/04 |
| **Period Ending:** 01/20/10 | **Claims Bar Date:** 08/25/04 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TAX REFUNDS  (See Footnote) | 11,610.50 | 11,610.50 | | 4,915.98 | FA |
| 2 | INTERESTS IN INSURANCE POLICIES--AIG TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 3 | REAL ESTATE-RES. AT 1517 W. GREENDALE, PARK RIDG<br>   Trustee took position that transfer by debtor to tenancy by entirety was fraudulent and has settled with Debtor.  Will be filing motion to approve settlement | 225,000.00 | 0.00 | | 17,500.00 | FA |
| 4 | TIMESHARE SHELL VACATION CLUB | 6,673.00 | 660.00 | | 0.00 | FA |
| 5 | INTERESTS IN INSURANCE POLICIESCUNA MUTUAL TERM | 0.00 | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES--NWESTERN MUTUAL | 24,265.90 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES-NWESTERN MUTUAL | 72.49 | 72.49 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 351,362.80 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING-IRA | 78,691.82 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTSALI SERVICE STATION<br>   FORECLOSED | 0.00 | 0.00 | | 0.00 | FA |
| 11 | STOCK AND BUSINESS INTERESTSUNITED HOSPITALITY<br>   FORECLOSED | 0.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLESM2002 ERCEDES | 49,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 446.40 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$746,676.51** | **$12,342.99** | | **$22,862.38** | **$0.00** |

RE PROP# 1     Actual 2003 refund for Debtor was $4916.00, which Debtor agreed to repay to Estate.

**Major Activities Affecting Case Closing:**

   REVIEW CLAIMS, FILE TFR

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-11946

**Case Name:** RAZA, SYED

**Period Ending:** 01/20/10

**Trustee:** (520191)    KAREN R. GOODMAN

**Filed (f) or Converted (c):** 03/25/04 (f)

**§341(a) Meeting Date:** 05/10/04

**Claims Bar Date:** 08/25/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** September 23, 2009 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:  04-11946
Case Name:  RAZA, SYED

Taxpayer ID #:  13-7424322
Period Ending:  01/20/10

Trustee:  KAREN R. GOODMAN (520191)
Bank Name:  JPMORGAN CHASE BANK, N.A.
Account:  ***-*****56-65 - Money Market Account
Blanket Bond:  $61,494,000.00  (per case limit)
Separate Bond:  N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/10/04 | {1} | SYED M. RAZA | TAX REFUND | 1124-000 | 1,638.66 | | 1,638.66 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.17 | | 1,638.83 |
| 09/27/04 | {1} | SYED M. RAZA | TAX REFUND | 1124-000 | 1,638.66 | | 3,277.49 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.29 | | 3,277.78 |
| 10/28/04 | {1} | SYED M. RAZA | FINAL INSTALLMENTOF 2003 INCOME TAX REFUND | 1124-000 | 1,638.66 | | 4,916.44 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.58 | | 4,917.02 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 1.01 | | 4,918.03 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 1.04 | | 4,919.07 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3000% | 1270-000 | 1.23 | | 4,920.30 |
| 02/18/05 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2005 FOR CASE #04-11946 | 2300-000 | | 3.90 | 4,916.40 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 1.17 | | 4,917.57 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 1.46 | | 4,919.03 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 1.42 | | 4,920.45 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 1.46 | | 4,921.91 |
| 06/01/05 | {3} | Syed Raza/US Bank | Settlement with Debtor of Fraudulent conveyance cause of action | 1141-000 | 17,500.00 | | 22,421.91 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 6.82 | | 22,428.73 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 7.77 | | 22,436.50 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 8.58 | | 22,445.08 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 8.83 | | 22,453.91 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 9.75 | | 22,463.66 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 10.16 | | 22,473.82 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.24 | | 22,485.06 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.66 | | 22,497.72 |
| 02/10/06 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2006 FOR CASE #04-11946 | 2300-000 | | 16.93 | 22,480.79 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 12.08 | | 22,492.87 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 13.38 | | 22,506.25 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.25 | | 22,520.50 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.31 | | 22,535.81 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.82 | | 22,550.63 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.33 | | 22,565.96 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.34 | | 22,581.30 |

Subtotals :                         $22,602.13          $20.83

{} Asset reference(s)

Printed: 01/20/2010 10:21 AM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 04-11946
Case Name: RAZA, SYED

Taxpayer ID #: 13-7424322
Period Ending: 01/20/10

Trustee: KAREN R. GOODMAN (520191)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****56-65 - Money Market Account
Blanket Bond: $61,494,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.35 | | 22,595.65 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.84 | | 22,611.49 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.86 | | 22,626.35 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.37 | | 22,640.72 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.09 | | 22,655.81 |
| 02/06/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #04-11946 | 2300-000 | | 23.06 | 22,632.75 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.29 | | 22,644.04 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.09 | | 22,656.13 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.50 | | 22,668.63 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.50 | | 22,681.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.70 | | 22,692.83 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.92 | | 22,705.75 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.52 | | 22,718.27 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.32 | | 22,729.59 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.35 | | 22,742.94 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.83 | | 22,754.77 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 11.58 | | 22,766.35 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 10.41 | | 22,776.76 |
| 02/05/08 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #04-11946, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 24.10 | 22,752.66 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.67 | | 22,757.33 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.22 | | 22,761.55 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.17 | | 22,764.72 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.85 | | 22,767.57 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.89 | | 22,770.46 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.89 | | 22,773.35 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.70 | | 22,776.05 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.98 | | 22,779.03 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.48 | | 22,781.51 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.79 | | 22,783.30 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 22,784.91 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,785.83 |

Subtotals : $251.69   $47.16

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 04-11946
Case Name: RAZA, SYED

Taxpayer ID #: 13-7424322
Period Ending: 01/20/10

Trustee:       KAREN R. GOODMAN (520191)
Bank Name:     JPMORGAN CHASE BANK, N.A.
Account:       ***-*****56-65 - Money Market Account
Blanket Bond:  $61,494,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #04-11946, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 18.36 | 22,767.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,768.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 22,769.32 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,770.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 22,771.13 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 22,772.12 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,773.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,774.04 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,774.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,775.88 |
| 11/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 22,776.03 |
| 11/05/09 | | To Account #*******5666 | FUNDS TRANSFER | 9999-000 | | 22,776.03 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 22,862.38 | 22,862.38 | $0.00 |
| Less: Bank Transfers | 0.00 | 22,776.03 | |
| Subtotal | 22,862.38 | 86.35 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $22,862.38 | $86.35 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Case Number: 04-11946  
Case Name: RAZA, SYED  

Taxpayer ID #: 13-7424322  
Period Ending: 01/20/10  

Trustee: KAREN R. GOODMAN (520191)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****56-66 - Checking Account  
Blanket Bond: $61,494,000.00  (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #********5665 | FUNDS TRANSFER | 9999-000 | 22,776.03 | | 22,776.03 |
| 11/05/09 | 101 | Alan D. Lasko | | 3420-000 | | 10.84 | 22,765.19 |
| 11/05/09 | 102 | Alan D. Lasko | | 3410-000 | | 1,233.10 | 21,532.09 |
| 11/05/09 | 103 | Karen R. Goodman, Esq. | | 2100-000 | | 3,036.24 | 18,495.85 |
| 11/05/09 | 104 | Shefsky & Froelich Ltd. | | 3120-000 | | 27.59 | 18,468.26 |
| 11/05/09 | 105 | Shefsky & Froelich Ltd. | | 3110-000 | | 4,842.00 | 13,626.26 |
| 11/05/09 | 106 | Indiana Department of Revenue | | 5800-000 | | 1,601.39 | 12,024.87 |
| 11/05/09 | 107 | Indiana Department of Revenue | | 5800-000 | | 9,861.36 | 2,163.51 |
| 11/05/09 | 108 | Indiana Department of Revenue | | 5800-000 | | 2,163.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 22,776.03 | 22,776.03 | $0.00 |
| Less: Bank Transfers | | 22,776.03 | 0.00 |
| Subtotal | | 0.00 | 22,776.03 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $0.00 | $22,776.03 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****56-65 | 22,862.38 | 86.35 | 0.00 |
| Checking # ***-*****56-66 | 0.00 | 22,776.03 | 0.00 |
| | $22,862.38 | $22,862.38 | $0.00 |

{} Asset reference(s)

Printed: 01/20/2010 10:21 AM   V.11.54